**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY GUTIERREZ, JR., <br><br> Petitioner, <br><br> v. <br><br> R. GROVES, CDW Chairperson, <br><br> Respondent. | ) Case No.: 1:14-cv-01753-AWI-JLT <br> ) <br> ) ORDER GRANTING RESPONDENT'S MOTION <br> ) FOR EXTENSION OF TIME (Doc. 24) <br> ) <br> ) 30-DAY DEADLINE <br> ) <br> ) <br> ) |

On October 13, 2015, Respondent filed a request for an extension of time to file a response to the petition, citing the complexity of the issues and the press of business in other cases.   (Doc. 24). Good cause appearing, the Court **ORDERS**:

    1.    Respondent's motion for extension of time (Doc. 24), is **GRANTED**.  Respondent is granted 30 days from the date of service of this order within which to file a response to the petition.

IT IS SO ORDERED.

    Dated:   **November 6, 2015**           **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE