1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 RAY GUTIERREZ, JR.,                           1:14 -cv-01753-AWI-JLT (HC)

12              Petitioner,                       ORDER DENYING MOTION FOR
                                                  APPOINTMENT OF COUNSEL
13       v.
                                                  (Doc. 26)
14 R. GROVES,

15              Respondent.

16

17        Petitioner has requested the appointment of counsel.  There currently exists no absolute

18 right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d

19 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title

20 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

21 interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the

22 present case, the Court does not find that the interests of justice require the appointment of

23 counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for

24 appointment of counsel is DENIED.

25

26 IT IS SO ORDERED.

27    Dated:   __December 9, 2015__            _____/s/ Jennifer L. Thurston_____
                                              UNITED STATES MAGISTRATE JUDGE
28